B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Jason A. McPherson**
       **Jennifer M. McPherson**       Case No. _____
                          Debtor(s)       Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> CitiMortgage, Inc. | **Describe Property Securing Debt:** <br> Debtors' Primary residence. 2591 Hartline, Rochester MI 48309 <br> SEV = 57,800.00 |
|---|---|

Property will be (check one):
   ■ Surrendered                         ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                 ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> Green Tree Servicing LLC | **Describe Property Securing Debt:** <br> Debtors' Primary residence. 2591 Hartline, Rochester MI 48309 <br> SEV = 57,800.00 |
|---|---|

Property will be (check one):
   ■ Surrendered                         ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                 ☐ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Michigan Catholic Credit Union** | **Describe Property Securing Debt:**<br>**2006 Chevy Aveo. 57,000 miles. Fair Condition.**<br>**Location: 2591 Hartline, Rochester MI 48309** |

Property will be (check one):
 ☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES  ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **June 16, 2011**    Signature **/s/ Jason A. McPherson**
               **Jason A. McPherson**
               Debtor

Date **June 16, 2011**    Signature **/s/ Jennifer M. McPherson**
               **Jennifer M. McPherson**
               Joint Debtor